IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL FELIX ORTEGA,

      Plaintiff,                        No. CIV S-07-2095 DAD P

     vs.

DAVID RAMIREZ, et al.,

      Defendants.                  ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983.

       On September 14, 2009, plaintiff filed a motion for a court order requiring the attendance of two incarcerated witnesses at trial. As the court previously advised plaintiff, a motion to obtain the attendance of incarcerated witnesses must (1) state the name, California Department of Corrections and Rehabilitation ("CDCR") Identification number, and address of each such witness, and (2) be accompanied by affidavits showing that each witness is willing to testify and that each witness has actual knowledge of relevant facts. Here, plaintiff has not submitted any affidavits with his motion. Moreover, plaintiff's motion is premature. Discovery is still open, and the deadline for filing dispositive motions has not passed.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's September 14, 2009
2 motion (Doc. No. 36) is denied.
3 DATED: September 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
orte2095.witn