IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL FELIX ORTEGA,

    Plaintiff,                    No. CIV S-07-2095 DAD P

   vs.

DAVID RAMIREZ, et al.,

    Defendants.               ORDER

/

        Defendants Murray and Kelly have filed a request to modify the scheduling order in this action on the grounds that defense counsel and plaintiff have agreed to attempt to mediate this case before U.S. Magistrate Judge Craig Kellison. Specifically, defendants request that the current dispositive motion deadline of December 28, 2009, be vacated and reset for February 26, 2010. Good cause appearing, defendants' request will be granted.

        Also pending before the court is plaintiff's third motion for a court order requiring the attendance of two incarcerated witnesses at trial. As with plaintiff's two previous motions, the court will deny his pending motion without prejudice as premature. Again, plaintiff is advised that he should file any motions seeking to obtain the attendance of witnesses at trial following adjudication of any dispositive motion or upon the expiration of time for filing such a motion.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' December 17, 2009 request to modify the scheduling order (Doc. No. 43) is granted;

2. The parties shall file any dispositive motions on or before February 26, 2010;

3. Except as set forth in this order, the scheduling order filed June 8, 2009, remains in effect; and

4. Plaintiff's November 2, 2009 motion (Doc. No. 41) is denied without prejudice to refiling following adjudication of any dispositive motion or upon the expiration of time for filing such a motion.

DATED: December 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
orte2095.41mod

2