1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    NOEL FELIX ORTEGA,

11            Plaintiff,                    No. CIV S-07-2095 DAD P

12        vs.

13    JEFF KELLY, et. al.,

14            Defendant.              ORDER

15    _____/

16            Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17    U.S.C. § 1983.  This case will be referred to Magistrate Judge Craig S. Kellison to conduct a

18    settlement conference at High Desert State Prison on January 11, 2010, at 3:00 p.m.

19            In accordance with the above,  IT IS HEREBY ORDERED that this case is set for

20    mediation on January 11, 2010, at 3:00 p.m. at High Desert State Prison, 475-750 Rice Canyon

21    Road, Susanville, California 96127.

22    DATED: December 18, 2009.

23

24    _____

        DALE A. DROZD

25    DAD:9                                UNITED STATES MAGISTRATE JUDGE
      orte2095.med

26